IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.                                             No. CIV 11-1132 RB/LAM

BOK FINANCIAL CORPORATION d/b/a
BANK OF ALBUQUERQUE,
et al.,

        Defendants.

## ORDER FOR EXPEDITED BRIEFING ON MOTIONS TO QUASH SUBPOENAS

**THIS MATTER** is before the Court on Third Party Bank of the West's *Motion to Quash or Modify Subpoena and for Protective Order (Doc. 341)*, filed January 21, 2014, and Plaintiff *EEOC's Expedited Motion to Quash Late-Served Su[bp]oena's for Records After the Close of Discovery, and for Protective Order Under Fed. R. Civ. P. 26(c) (Doc. 354)*, filed January 23, 2014. Each motion asks the Court to either quash or modify subpoenas served by Defendants which require those persons served to appear and testify at the trial set in this case for February 3, 2014, and to bring with them various documents and materials listed in the subpoenas. The Court will order expedited briefing in light of the upcoming trial setting.

**IT IS THEREFORE ORDERED** that Defendants shall respond to the motions [*Docs. 341* and *354*] **no later than Monday, January 27, 2014**.

**IT IS FURTHER ORDERED** that Third Party Bank of the West and Plaintiff may file replies to Defendants' responses **no later than Tuesday, January 28, 2014**.

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**