IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

v.                                                                          No. CIV 11-1132 RB/LAM

BOK FINANCIAL CORPORATION d/b/a
BANK OF ALBUQUERQUE, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | The status of the parties' objections to exhibits and deposition designations and the April 2, 2014 hearing to resolve disputes. |
| DATE AND TIME OF HEARING: | Wednesday, March 26, 2014 @ 2:30 p.m. |
| LOCATION: | U.S. Courthouse and Federal Building, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    Counsel for Plaintiffs shall be responsible for initiating the call and contacting Judge Martínez' chambers with the call-in information.  The use of a reliable long distance carrier is recommended.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**