IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      **Plaintiff,**

v.                              **No. CIV 11-1132 RB/LAM**

BOK FINANCIAL CORPORATION d/b/a
BANK OF ALBUQUERQUE, et al.,

      **Defendants.**

## ORDER SETTING IN-PERSON OR TELEPHONIC HEARING[1]

MATTER(S) TO BE HEARD:      **Parties' objections to exhibits and deposition designations.**

DATE AND TIME OF HEARING:      **Wednesday, April 2, 2014 @ 9:30 a.m.**

LOCATION:      U.S. Courthouse and Federal Building,
Picacho Courtroom
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

      **If the hearing is telephonic, counsel for Plaintiff shall be responsible for initiating the call and contacting Judge Martínez' chambers with the call-in information.  The use of a reliable long distance carrier is recommended.**

      **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]  The Court will determine whether to conduct this hearing in person or telephonically following the March 26, 2014 status conference.