IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

v.                                                       No. CIV 11-1132 RB/LAM

BOK FINANCIAL CORPORATION d/b/a
BANK OF ALBUQUERQUE,
et al.,

       Defendants.

## ORDER SETTING DEADLINES

**THIS MATTER** is before the Court on an Order of Reference from the presiding judge to resolve the parties' contested exhibits and deposition designations.  [*Doc. 402*].  The Court held a telephonic status conference on Wednesday, March 26, 2014 at which counsel for both parties were present.  The Court hereby sets the following deadlines for the parties' contested exhibits and deposition designations in preparation for the in-person hearing set for April 2, 2014, and possibly extending to April 3, 2014:

      1.     Plaintiff shall send Defendants corrected copies of their exhibits as they are currently numbered for use at trial **no later than 10:00 a.m. M.D.T. on Thursday, March 27, 2014**;

      2.     The parties shall file their contested deposition designations **no later than noon M.D.T. on Friday, March 28, 2014**;

      3.     The parties shall e-mail **allison_crist@nmcourt.fed.us** PDF copies of the entire depositions that contain contested designations, with the disputed passages highlighted, **no later than noon M.D.T. on Friday, March 28, 2014**;

4.      The parties shall e-mail **allison_crist@nmcourt.fed.us** a chart containing all exhibits that are still contested after the Court's preliminary rulings at the March 26 telephonic status conference, **no later than noon M.D.T. on Friday, March 28, 2014**.   The chart shall be in 12- or 14-point font, landscape setting, with columns identifying: (1) the party and exhibit number (*e.g.*, BAQ #1); (2) a description of the contested exhibit with enough content that the Court can tell what the exhibit is; and (3) the party's objection, citing the rule and detailed explanation for the objection.

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**